FANNIE KLEIN, PLAINTIFF, v. ADOLPH SHRYER ET AL., DEFENDANTS.

Submitted January term, 1929—Decided April 19, 1929.

Before Justices BLACK, CAMPBELL and CASE.

For the rule, *Frank G. Turner.*

*Contra, Feder & Rinzler.*

PER CURIAM.

This suit was brought to recover compensation for personal injuries. The trial resulted in a verdict in favor of the plaintiff and against the defendant Adolph Shryer for $3,500. A rule to show cause was obtained by the defendant Adolph Shryer, he writes down seven reasons for granting a new trial. Our reading of the reasons and the testimony sent up with the rule lead us to the conclusion that the rule should be discharged, and it is discharged.